| | |
|---|---|
| *UNITED STATES BANKRUPTCY COURT* <br> *SOUTHERN DISTRICT OF NEW YORK* <br> ------------------------------------------------------X <br> In Re: <br><br> **Randy S. Mead** <br><br> ------------------------------------------------------X | *ORDER OF DISMISSAL* <br> *FOR* <br> *FAILURE TO PROSECUTE* <br> *BANKRUPTCY APPEAL* <br><br> 20-CV-08427 PMH |

FROM:   VITO GENNA, CLERK
            UNITED STATES BANKRUPTCY COURT
            SOUTHERN DISTRICT OF NEW YORK

TO:      RUBY J. KRAJICK, CLERK
            UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF NEW YORK

IN RE: Randy S. Mead                                       BANKRUPTCY CASE: **18-B-36875 (CGM)**
DATE OF FILING NOTICE OF APPEAL: 04/09/2020
BANKRUPTCY DOCUMENT #: 51

The above- referenced case is forwarded to District Court for possible dismissal. Petitioner has failed to file the Designation of Items to be Included in the Record as required by:

    _X_  Federal Rule of Bankruptcy Procedure 8009
    ___  Federal Rules of Civil Procedure
    _X_  28 U.S.C. § 1930 - the requirement to pay a filing fee
    ___  Rule 8009-1 from the Local Rules for The United States Bankruptcy Court Southern District of New York.

Dated:  **October 8, 2020**                                                   Vito Genna, Clerk
         New York, New York                                     U.S. Bankruptcy Court, SDNY

                                                                             By:     Gwen Kinchen
                                                                                        Deputy Clerk

*ORDER*

For the reason(s) set forth above, the appeal is deemed abandoned, and **IT IS THEREFORE ORDERED** that the appeal in the above-entitled action is hereby **DISMISSED.**

Dated: October 13, 2020                                       _____
       New York, New York                               Philip M. Halpern
                                                         United States District Court

I hereby certify that I have this day forwarded a copy of this order to the Clerk of the Bankruptcy Court for the Southern District of New York.

District Court Document # _____              Ruby J. Krajick, Clerk
                                                                   District Court, SDNY

                                                                      By: _____
                                                                         Deputy Clerk